43 So.2d 136
**PIAZZA v. LIBERTY MOTORS, Inc.**
6 Div. 887.

Supreme Court of Alabama.

Dec. 1, 1949.

Gibson & Hewitt, of Birmingham, for petitioner.

Harvey Deramus and Josh Mullins, Jr., of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of Vincent Piazza for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Piazza v. Liberty Motors, Inc., 43 So.2d 134.

Affirmed.

BROWN, FOSTER and SIMPSON, JJ., concur.